Lance Lundvall
LUNDVALL LAW OFFICE
301 North 27th Street, Suite 310
Billings, MT 59101
Telephone/Facsimile: (406) 294-0515
email: lance@lundvalllaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-24-BLG-DLC |
| Plaintiff, | **DEFENDANT'S MOTION TO CONTINUE ARRAIGNMENT AND MOTION FOR DETENTION HEARING** |
| v. | |
| NICHOLAS JAMES IMHOFF, | |
| Defendant. | |

COMES NOW Defendant Nicholas James Imhoff by and through his counsel of record, Lance Lundvall, and hereby moves the Court for a continuance of the arraignment currently scheduled for March 12, 2020. Defense counsel has a scheduling conflict on March 12, 2020, as he is scheduled to attend a continued legal education seminar out-of-town on that date. Defense counsel requests that the arraignment be

reset to Monday, March 16, 2020, should that date meet with the Court's calendar and approval.

AUSA Julie Patten has been contacted and he has no objection to continuing the arraignment in this matter.

The Defendant further moves this Court to set a detention hearing in this matter. The Defendant has not had a detention hearing and he currently detained. At his initial appearance on the Complaint, the Defendant orally requested to reserve the detention hearing.

Assistant United States Julia Patten has been contacted and advises that while the government does object to release, there is no objection to Defendant Imhoff's request for a detention hearing.

The Defendant suggests the detention hearing be held in connection with the Arraignment. Both counsel are available March 16 for both matters.

Respectfully submitted this 9th day of March, 2020.

      /s/ Lance Lundvall  
      Lance Lundvall  
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 9, 2020, a copy of the foregoing document was served ont eh following person by the following means:

<u>1, 2</u>   CM-ECF
<u>     </u>   Hand Delivery
<u>     </u>   Fax
<u> 3  </u>   Mail
<u>     </u>   Email

1.    CLERK, U.S. DISTRICT COURT

2.    JULIE PATTEN
      Assistant United States Attorney
      2601 2nd Avenue North
      PO Box 3200
      Billings, MT 59101

Counsel for the United States

3. NICHOLAS JAMES IMHOFF,
    Defendant

                                              /s/ Lance Lundvall
                                              Lance Lundvall
                                              Attorney for Defendant