IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JAMES IMHOFF,<br><br>Defendant. | CR 20–24–BLG–DLC<br><br><br>ORDER |

Before the Court is Defendant Nicholas James Imhoff's Unopposed Motion for Issuance of *Subpoena Ducus Tecum*. (Doc. 35.)

IT IS ORDERED that the motion (Doc. 35) is GRANTED. Pursuant to Federal Rule of Criminal Procedure 17, the Clerk of Court shall issue a subpoena to Lieutenant Colonel Tom Butler ordering production of those materials set forth in Defendant's Exhibit A to Subpoena (Doc. 35-2) by July 2, 2020.

IT IS FURTHER ORDERED that Imhoff shall give notice of intent to supplement his argument in support of suppression on or before July 6, 2020.

DATED this 25th day of June, 2020.

Dana L. Christensen, District Judge
United States District Court