IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JAMES IMHOFF,<br><br>Defendant. | CR 20–24–BLG–DLC<br><br><br><br>ORDER |

On July 13, 2020, Defendant Nicholas James Imhoff filed his Supplemental Motion to Suppress. (Doc. 41.) The Government moves to strike the supplemental motion on the grounds that it fails to comply with this Court's order granting leave to file the motion (Doc. 39), which provided that any supplemental motion must be novel. (Doc. 43.) As the Government points out, Imhoff's latest motion duplicates previous arguments. However, because Imhoff's constitutional rights are at stake, the Court will consider the merits of his arguments.

Accordingly, IT IS ORDERED that the motion to strike (Doc. 43.) is DENIED. The Government shall file its response to the supplemental motion on or before July 27, 2020.

1

DATED this 17th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court