IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–24–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| NICHOLAS JAMES IMHOFF, | |
| Defendant. | |

The Court is currently scheduled to sentence Defendant Nicholas James Imhoff at 9:00 A.M. on March 16, 2021 in the James F. Battin Federal Courthouse in Billings, Montana.  (Doc. 55.)  Due to the risk of COVID-19 transmission, and upon the Court's own motion,

IT IS ORDERED that this sentencing hearing (Doc. 55) is VACATED and RESET to commence via video from the Crossroads Correctional Center at 9:00 A.M. on March 16, 2021.

IT IS FURTHER ORDERED that if Mr. Imhoff objects to this hearing being held via video, he must notify the Court of his objection on or before March 5, 2021 to allow sufficient time for the United States Marshals Service to arrange for transport.

The Clerk shall notify counsel and the United States Marshals Service of this Order.

1

DATED this 17th day of February, 2021.

*Dana L. Christensen*

Dana L. Christensen, District Judge
United States District Court